**STATE of Missouri, Respondent,**

v.

**Timothy JOHNSON, Appellant.**

**No. WD 47115.**

Missouri Court of Appeals, Western District.

July 19, 1994.

Stephen J. Harris, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from conviction of offering to commit violence to an employee of the Department of Corrections, § 217.385, RSMo Supp.1993, and from denial of Rule 29.15 postconviction motion.

Conviction affirmed, Rule 30.25(b); denial of postconviction motion affirmed, Rule 84.-16(b).